UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SIMIEN, | Case No. 2:23-cv-03042-KJN |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| PETAL CARD, INC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC, | Mag. Judge:  Kendall J. Newman |
| Defendants. | |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and including February 23, 2024 in which to respond to Plaintiff's Complaint.

**SO ORDERED**.

Dated:  January 22, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

simi.3042